■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES V. MOORE, Appellant. [988 NYS2d 483]—Judgments, Supreme Court, New York County (Charles H. Solomon, J.), rendered November 7 and December 20, 2011, convicting defendant, upon his pleas of guilty, of identity theft in the first degree (two counts), identity theft in the second degree, and grand larceny in the fourth degree (two counts), and sentencing

him to an aggregate term of 7 to 14 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentences for the first-degree identity theft convictions to terms of 2 to 4 years, resulting in a new aggregate term of 4 to 8 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Gonzalez, P.J., Acosta, DeGrasse, Freedman and Richter, JJ.